UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY FRANKLIN,<br><br>  Plaintiff,<br>  v.<br><br>HERNANDEZ, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-00063-RFB-DJA<br><br>ORDER |

**I.   DISCUSSION**

This action is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983 by an individual who formerly was in the custody of the Nevada Department of Corrections. Plaintiff previously submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1).  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.  This action will not proceed unless and until this matter is resolved.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

1

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 22nd day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2